## Robert T. Maren et al., Appellees, v. Carl E. Wolmer, Appellant.

**Gen. No. 45,123.**

Frank Peska, and Root & Harman, for appellant; Earl Wilcox, for appellees. Opinion by PRESIDING JUSTICE SCHWARTZ. **Not** to be published in full. Opinion filed May 22, 1951; released for publication June 1, 1951.